# ELECTRONIC RECORD

COA # 11-13-00085-CR          OFFENSE: 19.05

STYLE: **Ruben Montes Garces v. The State of Texas**          COUNTY: Glasscock

COA DISPOSITION: AFFIRMED          TRIAL COURT: 118th District Court

DATE: 3/26/15          Publish: NO          TC CASE #: 432

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Ruben Montes Garces v. The State of Texas**

_____APPELLANT'S_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____refused_____

DATE: _July 29, 2015_

JUDGE: _PC_

CCA #: **PD-0481-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**